UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| JANE DOE and JOHN DOE, individually and on behalf of their minor child, A.A.; JESSICA DOE, individually and on behalf of their minor child, B.B.; JILL DOE and JEFF DOE, individually and on behalf of their minor child, C.C.; JANET DOE, individually and on behalf of her minor child D.D.; and JULIE DOE, individually and on behalf of her minor child E.E., <br><br> Plaintiffs, <br><br> vs. <br><br> ABERDEEN SCHOOL DISTRICT and CARRIE WIESENBURGER, in her individual capacity, <br><br> Defendants. | 1:18-CV-1025-CBK <br><br><br> JUDGMENT |

The Court having entered its Memorandum Opinion and Order on March 31, 2023, it is hereby,

ORDERED that the motion, Doc. 204, to approve settlement is granted, and the motion, Doc. 223, to stay proceedings or defer to an arbitration forum is denied as stated in the Memorandum Opinion and Order.

Dated this 31st day of March, 2023.

MATTHEW W. THELEN, Clerk

By: _____
Matthew W. Thelen
Clerk